**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THOMAS SANTARLAS,**

      **Plaintiff,**

v.                                                                                  **Case No.: 8:15-cv-1311-T-27AAS**

**W. BRAD STEUBE,** in his Official Capacity
as Manatee County Sheriff, **and SEAN B.**
**FELTON,** an individual,

      **Defendants.**

_____/

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel the Production of Documents (Doc. 28), filed July 21, 2016.  On August 1, 2016, Defendant filed its response stating that the discovery documents sought have been produced (Doc. 30).

Motions to compel discovery under Rule 37(a) of the Federal Rules of Civil Procedure are committed to the sound discretion of the trial court.  *See Commercial Union Ins. Co. v. Westrope,* 730 F.2d 729, 731 (11th Cir. 1984).  The trial court's exercise of discretion regarding discovery orders will be sustained absent a finding of abuse of that discretion to the prejudice of a party.  *Id.*

The overall purpose of discovery under the Federal Rules is to require the disclosure of all relevant information so that the ultimate resolution of disputed issues in any civil action may be based on a full and accurate understanding of the true facts, and therefore embody a fair and just result.  *See United States v. Proctor & Gamble Co.,* 356 U.S. 677, 682, 78 S. Ct. 983 (1958). Discovery is intended to operate with minimal judicial supervision unless a dispute arises and one of the parties files a motion requiring judicial intervention.  Furthermore, "[d]iscovery in this

1

district should be practiced with a spirit of cooperation and civility." Middle District Discovery

(2001) at 1.

In the instant case, according to Defendant, it has since "provided documentation which is

described in the Request for Production and responsive to the Request for Production." (Doc. 30,

p. 2). Therefore, based on the Court's review of the documents submitted as well as counsel for

Defendant's representations, the Court finds the instant Motion is moot.[1]

Accordingly, it is **ORDERED:**

Plaintiff's Motion to Compel is (Doc. 24) **DENIED as moot.**

**DONE AND ORDERED** in Tampa, Florida on this 2nd day of August, 2016.


_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] An award of attorney's fees and costs is not warranted here. *See* Fed. R. Civ. P. 37(a)(5).